1042

[No. 24937-1-I.   Division One.   July 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BRIAN
SABICH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-8-01732-8, Norma Smith Huggins, J.,
entered September 22, 1989. *Dismissed* by unpublished per
curiam opinion.

[No. 26543-1-I.   Division One.   July 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LEONARD
MICHAEL STANTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-8-06825-9, R. Joseph Wesley, J., entered
July 6,.1990. *Dismissed* by unpublished per curiam opinion.

[No. 24332-2-I.   Division One.   July 1, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. KATHLEEN E.
FOLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88-1-00964-8, John F. Wilson, J.,
entered June 20, 1989. *Affirmed* by unpublished opinion
per Webster, A.C.J., concurred in by Coleman and
Kennedy, JJ.

[Nos. 25825-7-I; 25826-5-I.   Division One.   July 1, 1991.]

*In the Matter of the Dependency of* D.S., ET AL.

THE STATE OF WASHINGTON, *Respondent,* v. DEANA
SCHULTES, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 85-7-00519-6, Patricia H. Aitken, J., entered
March 15, 1990. *Affirmed* by unpublished opinion per
Pekelis, J., concurred in by Scholfield and Kennedy, JJ.